|  |  |
|---|---|
| HARJIT SINGH GILL,<br><br>Plaintiff,<br><br>v.<br><br><br><br>AMERICAN MORTGAGE EDUCATORS, INC.; LISA ROSENBERGER; PERFECTO BOBADILLA; ROBERT ROSENBERGER,<br><br>Defendants. | Case No. 07-5229RBL<br><br>ORDER |
| AMERICAN MORTGAGE EDUCATORS, INC.,<br><br>Plaintiff,<br>v.<br><br>HARJITT SINGH GILL,<br><br>Defendant. | Case No. 07-5244RBL |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

On September 19, 2007 this Court issued an order [No. C07-5229, # 48] granting Mr. Gill's motion for Preliminary Injunction. The order [No. C07-5229, Dkt # 48] is amended at p. 8, l. 22 as follows:

"Mr. Gill shall post a security in the amount of $75,000 pursuant to the Federal Rule of Civil Procedure 65(c)."

Mr. Gill shall post the security within 10 days of this order.

IT IS SO ORDERED this 25th day of September, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1