HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HARJIT SINGH GILL,<br><br>Plaintiff,<br><br>v.<br><br><br>AMERICAN MORTGAGE EDUCATORS, INC.; LISA ROSENBERGER; PERFECTO BOBADILLA; ROBERT ROSENBERGER,<br><br>Defendants. | Case No. 07-5229RBL<br><br>ORDER |
| AMERICAN MORTGAGE EDUCATORS, INC.,<br><br>Plaintiff,<br>v.<br>HARJITT SINGH GILL,<br><br>Defendant. | Case No. 07-5244RBL |

This matter comes before the Court on Plaintiff Harjit Gill's Motion for Clarification of this Court's Order granting the Preliminary Injunction [No. C07-5229, Dkt # 48], and Motion for Relief from this Court's Order of September 25, 2007 [No. C07-5229, # 50]. The Motion for Clarification is GRANTED, the Motion for Relief is DENIED.

ORDER
Page - 1

The Court has determined that a bond of $75,000 represents a rational estimate of damages that may be incurred by defendants if this Preliminary Injunction later proves to have been entered in error.

On September 19, 2007 this Court issued an Order [No. C07-5229, # 48] granting Mr. Gill's Motion for Preliminary Injunction. The Court will extend the Preliminary Injunction [No. C07-5229, Dkt # 48] to include the sale and distribution of the Speed Equity Software. The Order granting the Preliminary Injunction [No. C07-5229, Dkt # 48] is amended at p 8, l. 10 as follows: "AME's motion for injunctive relief (No. C07-5244, Dkt # 10) is DENIED. Mr. Gill's Motion for Injunctive Relief [No. C07-5229, Dkt # 11] is GRANTED. The Court grants Mr. Gill's Motion with respect to his request to enjoin AME from advertising, distributing and selling *How to own your home years sooner*; AME shall cease and desist from copying advertising, distributing, and selling the Speed Equity Software; AME shall remove all references to Mr. Gill from AME's current website[s] and Internet home pages; AME shall return Mr. Gill's personal property, including files, customers lists, printed copies of the software and physical stock of the book; AME shall deliver or make available to Mr. Gill an accounting of all funds received from the sale, lease, distribution, or access to either the software or the book; and shall cease all contact with Mr. Gill's existing business relationships."

IT IS SO ORDERED.

Dated this 10th day of October 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE