1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HARJIT GILL,

              Plaintiff,

    vs.

AMERICAN MORTGAGE EDUCATORS, INC., a
Washington corporation; LISA JANE
ROSENBERGER; PERFECTO BOBADILLA;
ROBERT ROSENBERGER; ISQ SOLUTIONS,
INC., a Canadian corporation; FORONA
TECHNOLOGIES, INC., a Washington corporation;
JOHN DOES 1 THROUGH 5,

              Defendants.

AMERICAN MORTGAGE EDUCATORS, INC., a
Washington Corporation,

              Plaintiff,

    v.

HARJIT SINGH GILL, a married man in his separate
capacity,

              Defendant.

No. C07-5229RBL

DEFENANDANT FORONA
TECHNOLOGIES, INC.'S ANSWER
AND AFFIRMATIVE DEFENSES

//

DEFENANDANT FORONA
TECHNOLOGIES, INC.'S ANSWER AND
AFFIRMATIVE DEFENSES – Page 1

LADENBURG
KRAMER, PLLC
Attorneys At law

1019 Pacific Ave. Suite 1116
Tacoma, Washington 98402
Phone: (253) 272-5226
Facsimile: (253) 295-2326

Defendant Forona Technologies, Inc. ("Forona"), by and through its attorney, John W. Ladenburg, Jr., of Ladenburg Kramer, PLLC, and by way of answer to Plaintiff's Amended Complaint, state as follows:

## I. PARTIES

1.      Forona is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section I, paragraph 1 of the complaint and, therefore, denies the same.

2.      Forona is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section I, paragraph 2 of the complaint and, therefore, denies the same.

3.      Forona is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section I, paragraph 3 of the complaint and, therefore, denies the same.

4.      Forona is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section I, paragraph 4 of the complaint and, therefore, denies the same.

5.      Forona is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section I, paragraph 5 of the complaint and, therefore, denies the same.

6.      Forona admits the allegations contained in Section I, paragraph 6 of the complaint.

DEFENANDANT FORONA
TECHNOLOGIES, INC.'S ANSWER AND
AFFIRMATIVE DEFENSES – Page 2

LADENBURG
KRAMER, PLLC
Attorneys At law

1019 Pacific Ave. Suite 1116
Tacoma, Washington 98402
Phone: (253) 272-5226
Facsimile: (253) 295-2326

7.      Forona is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section I, paragraph 7 of the complaint and, therefore, denies the same.

## II.  JURISDICTION AND VENUE

1.      The allegations contained in the Section II, paragraph 1 of the complaint either constitute legal conclusions for which no answer is required, or Forona is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, denies the same, or Forona generally denies the same.

2.      Forona admits this court has jurisdiction over plaintiff's copyright and trademark claims.  The remaining allegations contained in Section II, paragraph 2 of the complaint either constitute legal conclusions for which no answer is required or Forona is without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore, denies the same.

3.      Forona admits this court has personal jurisdiction over it and venue is proper. As the remaining allegations contained in Section II, paragraph 3 of the complaint, Forona either is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3.4 of the complaint and therefore, denies the same, or generally denies the same.

4.      Forona is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section II, paragraph 4 of the complaint and, therefore, denies the same.

//

//

DEFENANDANT FORONA
TECHNOLOGIES, INC.'S ANSWER AND
AFFIRMATIVE DEFENSES – Page 3

LADENBURG
KRAMER, PLLC
Attorneys At law

1019 Pacific Ave. Suite 1116
Tacoma, Washington 98402
Phone: (253) 272-5226
Facsimile: (253) 295-2326

### III.  FACTS

1.      Forona is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section III, paragraph 1 of the complaint and, therefore, denies the same.

2.      Forona is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section III, paragraph 2 of the complaint and, therefore, denies the same.

3.      Forona is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section III, paragraph 3 of the complaint and, therefore, denies the same.

4.      Forona is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section III, paragraph 4 of the complaint and, therefore, denies the same.

5.      Forona is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section III, paragraph 5 of the complaint and, therefore, denies the same.

6.      Forona is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section III, paragraph 6 of the complaint and, therefore, denies the same.

7.      Forona is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section III, paragraph 7 of the complaint and, therefore, denies the same.

DEFENANDANT FORONA
TECHNOLOGIES, INC.'S ANSWER AND
AFFIRMATIVE DEFENSES – Page 4

LADENBURG
KRAMER, PLLC
Attorneys At law

1019 Pacific Ave. Suite 1116
Tacoma, Washington 98402
Phone: (253) 272-5226
Facsimile: (253) 295-2326

8.    Forona is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section III, paragraph 8 of the complaint and, therefore, denies the same.

9.    Forona is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section III, paragraph 9 of the complaint and, therefore, denies the same.

10.    Forona is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section III, paragraph 10 of the complaint and, therefore, denies the same.

11.    Forona is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section III, paragraph 11 of the complaint and, therefore, denies the same.

12.    Forona is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section III, paragraph 12 of the complaint and, therefore, denies the same.

13.    Forona is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section III, paragraph 13 of the complaint and, therefore, denies the same.

14.    Forona is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section III, paragraph 14 of the complaint and, therefore, denies the same.

DEFENANDANT FORONA
TECHNOLOGIES, INC.'S ANSWER AND
AFFIRMATIVE DEFENSES – Page 5

LADENBURG
KRAMER, PLLC
Attorneys At law

1019 Pacific Ave. Suite 1116
Tacoma, Washington 98402
Phone: (253) 272-5226
Facsimile: (253) 295-2326

15.     Forona is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section III, paragraph 15 of the complaint and, therefore, denies the same.

16.     Forona admits that Exhibit B to the Complaint is the April 26, 2007 order of the superior court handling the divorce between defendant Ms. Rosenberger and plaintiff Mr. Gill.  With respect to allegations in contained in Section III, paragraph 16 of the complaint summarizing the order, Forona states the document speaks for itself.

17.     Forona is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section III, paragraph 17 of the complaint and, therefore, denies the same.

18.     Forona is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section III, paragraph 18 of the complaint and, therefore, denies the same.

19.     Forona is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section III, paragraph 19 of the complaint and, therefore, denies the same.

20.     Forona is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section III, paragraph 20 of the complaint and, therefore, denies the same.

21.     Forona admits that it is a Washington Internet Service Provider and that it hosted a website for defendant American Mortgage Educators, Inc.  As to the remaining allegations contained in Section III, paragraph 21 of the complaint, Forona either is without

DEFENANDANT FORONA
TECHNOLOGIES, INC.'S ANSWER AND
AFFIRMATIVE DEFENSES – Page 6

LADENBURG
KRAMER, PLLC
Attorneys At law

1019 Pacific Ave. Suite 1116
Tacoma, Washington 98402
Phone: (253) 272-5226
Facsimile: (253) 295-2326

knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein and therefore, denies the same, or generally denies the same.

22.     Forona is without knowledge or information sufficient to form a belief as to

the truth of the allegations contained in Section III, paragraph 22 of the complaint and,

therefore, denies the same.

23.     Forona admits that it received a request from Mr. Gill, through his counsel, to

remove software off the site it was hosting on May 17, 2007.  Forona denies the remaining

allegations contained in Section III, paragraph 23 of the complaint.

24.     Forona is without knowledge or information sufficient to form a belief as to

the truth of the allegations contained in Section III, paragraph 24 of the complaint and,

therefore, denies the same.

25.     Forona is without knowledge or information sufficient to form a belief as to

the truth of the allegations contained in Section III, paragraph 25 of the complaint and,

therefore, denies the same.

26.     Forona is without knowledge or information sufficient to form a belief as to

the truth of the allegations contained in Section III, paragraph 26 of the complaint and,

therefore, denies the same.

27.     Forona is without knowledge or information sufficient to form a belief as to

the truth of the allegations contained in Section III, paragraph 27 of the complaint and,

therefore, denies the same.

//

//

//

DEFENANDANT FORONA
TECHNOLOGIES, INC.'S ANSWER AND
AFFIRMATIVE DEFENSES – Page 7

LADENBURG
KRAMER, PLLC
Attorneys At law

1019 Pacific Ave. Suite 1116
Tacoma, Washington 98402
Phone: (253) 272-5226
Facsimile: (253) 295-2326

## COUNT 1:  COPYRIGHT INFRINGEMENT

1.-8.    To the extent the allegations contained in Count 1, paragraphs 1-8 pertain to Forona, Forona either is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore, denies the same, or generally denies the same.

## COUNT 2:  FALSE DESIGNATION OF ORIGIN

1.-4.    To the extent the allegations contained in Count 2, paragraphs 1-4 pertain to Forona, Forona either is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore, denies the same, or generally denies the same.

## COUNT 3:  UNFAIR COMPETITION UNDER LANHAM ACT § 43

1.-2.    To the extent the allegations contained in Count 3, paragraphs 1-2 pertain to Forona, Forona either is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore, denies the same, or generally denies the same.

## COUNT 4:  UNFAIR BUSINESS PRACTICE UNDER RCW § 19.86.010 *et seq.*

1.-2.    To the extent the allegations contained in Count 4, paragraphs 1-2 pertain to Forona, Forona either is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore, denies the same, or generally denies the same.

## COUNT 5:  COMMON LAW UNFAIR COMPETITION

1.-3.    To the extent the allegations contained in Count 5, paragraphs 1-3 pertain to Forona, Forona either is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore, denies the same, or generally denies the same.

## COUNT 6:  CONTRIBUTORY INFRINGEMENT

1.    Forona re-alleges and incorporates all responses to the allegations contained in the preceding paragraphs.

DEFENANDANT FORONA
TECHNOLOGIES, INC.'S ANSWER AND
AFFIRMATIVE DEFENSES – Page 8

LADENBURG
KRAMER, PLLC
Attorneys At law

1019 Pacific Ave. Suite 1116
Tacoma, Washington 98402
Phone: (253) 272-5226
Facsimile: (253) 295-2326

2.      Forona is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Count 6, paragraph 2 of the complaint and, therefore, denies the same.

3.      Forona denies the allegations contained in Count 6, paragraph 3 of the complaint.

4.      To the extent the allegations contained in Count 6, paragraphs 4 pertain to Forona, Forona either is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore, denies the same, or generally denies the same.

5.      To the extent the allegations contained in Count 6, paragraphs 5 pertain to Forona, Forona either is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore, denies the same, or generally denies the same.

6.      To the extent the allegations contained in Count 6, paragraphs 6 pertain to Forona, Forona either is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore, denies the same, or generally denies the same.

**COUNT 7:  TORTIOUS INTERFERENCE WITH A BUSINESS RELATIONSHIP**

1.-2.      To the extent the allegations contained in Count 7, paragraphs 1-2 pertain to Forona, Forona either is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore, denies the same, or generally denies the same.

**COUNT 8:  DEFAMATION**

1.-2.      To the extent the allegations contained in Count 8, paragraphs 1-2 pertain to Forona, Forona either is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore, denies the same, or generally denies the same.

DEFENANDANT FORONA
TECHNOLOGIES, INC.'S ANSWER AND
AFFIRMATIVE DEFENSES – Page 9

LADENBURG
KRAMER, PLLC
Attorneys At law

1019 Pacific Ave. Suite 1116
Tacoma, Washington 98402
Phone: (253) 272-5226
Facsimile: (253) 295-2326

## COUNT 9:  CONVERSION

1.-4.    To the extent the allegations contained in Count 9, paragraphs 1-4 pertain to Forona, Forona either is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore, denies the same, or generally denies the same.

## IV.  JURY DEMAND

Section IV of the complaint is not an allegation toward this defendant and requires no response.

## V.  RELIEF REQUESTED

1.    Forona either is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph V of the complaint and therefore, denies the same, or generally denies the same.

## VI.  AFFIRMATIVE DEFENSES

6.1    Defendant Forona incorporates and alleges any and all affirmative defenses asserted by co-defendants and applicable to the claim(s) against Forona.

6.2    All or some of plaintiff's claims against Forona are barred because Forona did not have knowledge of the any actual infringement.

6.3    All or some of plaintiff's claims against Forona are barred because Forona did not materially contribute to any actual infringement.

6.4    Plaintiff's claim(s) against Forona is barred in whole or in part by the safe harbor provisions of Digital Millennium Copyright Act.

6.5    If plaintiff suffered damages, then such damages were caused in whole or in part by the negligence or other fault of plaintiff, thus barring or diminishing its claims, if any.

DEFENANDANT FORONA
TECHNOLOGIES, INC.'S ANSWER AND
AFFIRMATIVE DEFENSES – Page 10

LADENBURG
KRAMER, PLLC
Attorneys At law

1019 Pacific Ave. Suite 1116
Tacoma, Washington 98402
Phone: (253) 272-5226
Facsimile: (253) 295-2326

6.6     If plaintiff suffered damages, then some or all of his damages were the result of intervening acts by third parties, which constitute a superseding cause relieving this defendant of liability.

6.7     All or some of plaintiff's claims are barred by estoppel, unclean hands, fraud, illegality, misrepresentation and/or negligence of plaintiff and/or its agents.

6.8     All or some of plaintiff's claims are barred because Forona, at all times, acted in good faith.

6.9     All or some of plaintiff's claims are barred because Forona's conduct was neither willful nor intentional.

## VII.  RESERVATION OF RIGHTS

7.1     Forona reserves its right to amend its answer to assert additional claims or affirmative defenses as discovery may require.  Forona reserves the right to assert any defenses that may be available to co-defendants.

WHEREFORE, Defendant Forona prays for relief as follows:

a.  That plaintiff's claims against Forona be dismissed;

b.  For attorney's fees, costs and disbursements herein incurred; and

c.  For such other relief as the Court may deem just and equitable.

DATED this 12th day of October 2007.

LADENBURG KRAMER, PLLC

By_____
JOHN W. LADENBURG, JR., WSBA #26349
Attorney for Defendant
FORONA TECHNOLOGIES, INC.

DEFENANDANT FORONA
TECHNOLOGIES, INC.'S ANSWER AND
AFFIRMATIVE DEFENSES – Page 11

LADENBURG
KRAMER, PLLC
Attorneys At law

1019 Pacific Ave. Suite 1116
Tacoma, Washington 98402
Phone: (253) 272-5226
Facsimile: (253) 295-2326

1

## CERTIFICATE OF SERVICE

2

I certify that on the date stated below I caused this document to be:

3

4

☒   electronically filed with the Clerk of the Court using the CM/ECF system which will send
notification of such filing to the following:

5

6

7

8

Jefferson Coulter, II
Shannon Whitemore
Axios Law Group
1725 Westlake Ave. N., Ste 101
Seattle WA 98109
jeff@axioslaw.com

John A. Bender
Robin A. Schachter
Ryan, Swanson & Cleveland, PLLC
1201 3rd Ave Ste 3400
Seattle WA 98101-3034
bender@ryanlaw.com
schachter@ryanlaw.com

9

10

11

☐   mailed by first class United States mail, postage prepaid, to the following non-CM/ECF
participants:

12

☐   hand delivered to the following non-CM/ECF participants:

13

Dated October 12, 2007 at Tacoma, Washington.

14

15

16

17

18

John W. Ladenburg, Jr.
Ladenburg Kramer, PLLC
1019 Pacific Ave Ste 1116
Tacoma WA 98402
253-272-5226 ph.
253-295-2326 fx.
john@ladenburgkramer.com

19

20

21

22

23

24

25

26

27

DEFENANDANT FORONA
TECHNOLOGIES, INC.'S ANSWER AND
AFFIRMATIVE DEFENSES – Page 12

**LADENBURG
KRAMER, PLLC**
Attorneys At law

1019 Pacific Ave. Suite 1116
Tacoma, Washington 98402
Phone: (253) 272-5226
Facsimile: (253) 295-2326